AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHAEL DURTHALER,**
      **Plaintiff,**

**-V-**                                                         Case No. C2-10-1068
                                                                JUDGE SARGUS
                                                                Magistrate Judge Kemp

**ACCOUNTS RECEIVABLE**
**MANAGEMENT, ET AL.,**
      **Defendants.**

____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**  A decision has been rendered by the Court.

     Pursuant to the Opinion and Order filed on April 9, 2012 (Doc.# 57), JUDGMENT is hereby entered granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment. This case is terminated.


Date: April 9, 2012                         CLERK of COURT


                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk